# United States District Court for the Eastern District of New York

**CV-07 1793**

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ MAY 01 2007 ★
LONG ISLAND OFFICE

Civil Action, File Number #

Alan Amron, **Pro Se Plaintiff**

(SJ)

v

The United States Postal Service, **Defendant**

*Complaint*

*Plaintiff Demands Trial By Jury*

FEUERSTEIN, S

TOMLINSON, M

***To the above-named Defendant:***

You are hereby summoned and required to serve upon **Alan Amron, Pro Se plaintiff**, whose address is 474 Fulton Avenue Hempstead, New York 11550, an answer to the complaint which is herewith served upon you, within 60 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

*Clerk of Court.*

[Seal of the U.S. District Court]

Dated 5/1/07

(This summons is issued pursuant to Rule 4 of the Federal Rules of Civil Procedure)

If the United States or an officer or agency thereof is a defendant, the time to be inserted as to it is 60 days.

(As amended Dec. 29, 1948, eff. Oct. 20, 1949.)

# Complaint Of Negligence

1. **Allegation of Jurisdiction**

(a) Jurisdiction founded on diversity of citizenship and amount.

Plaintiff is a citizen of the United States having it's principal place of residence in the State of New York, and defendant is a corporation incorporated under the laws of the United States having its principal place of business in the State of New York. The matter in controversy exceeds $25,000.00 dollars, exclusive of interest and costs, the sum specified by 28 U.S.C. § 1332.

(b) Jurisdiction founded on the existence of a Federal question.

The action arises under [the United States Code 39, Section 3661]; [title 39 part IV Chapter 36 Subchapter IV Statute (a), as hereinafter more fully appears.

(c) Jurisdiction founded on the existence of a question arising under particular statutes.

The action arises under the Act of 39 USC, Part IV, Chapter 36, Subchapter IV Sec 3661 Statute (a) as hereinafter more fully appears.

      (a) "The Postal Service shall develop and promote **adequate and efficient postal services**."

2. On **April 14, 2007**, I Pro Se Plaintiff Alan Amron mailed an Express Mail overnight (EQ 91 6118 982 US) large corrugated box of one of a kind toy prototypes and samples, (see picture of contents attached here as **Exhibit A**) weighing 14 pounds 8 ounces, to a

model shop named "TOTAL CONCEPTS" at 229 Western Avenue Unit #3 Essex Massachusetts 01929.  (See Express mail receipt attached here as **Exhibit B**)

3. On **April 19, 2007**, I pro se plaintiff Alan Amron did an on line United States Postal Services tracking of said Express Mailed box to find it had been **negligently** sent to Essex England by gross negligence on the part of the postal service. (see attached here as **Exhibit C**)

4. On **April 22, 2007**, I pro se plaintiff Alan Amron received a letter from the United States Postal Service stating they were "…unable to locate any delivery information in our records regarding your item number EQ91 6118 98US…"  (See this letter in the attached **Exhibit D**)   After receiving this notice pro se plaintiff Alan Amron spoke directly to the postmasters at the Hempstead (Kevin Ryme), Hicksville (Bob Moskowitz) and Woodbury (Joesph) post offices asking what they were going to do about my personal miss shipped by the United States Post Office personal valuable property, which we all knew was in Essex Britain.  They said they sent out emails to England and got not responses.  There was no further help or words from anyone.

5. On **April 25, 2007**, I pro se plaintiff Alan Amron again tried to track the package on the United States Postal Services website, with the same result, the package delivered to Great Britain on April 16, 2007.  No further information is on this package. (See the attached **Exhibit E**)

6. As a result of the Defendants gross negligence in sending a large box weighing 14 pounds 8 ounces to another country not even listed on the shipping label, the plaintiff was financially damaged, and incurred expenses for trying desperately to have the one of a kind <u>prototype models</u> rebuilt in time for the scheduled presentations to toy companies, in the sum of **twenty five thousand dollars.**

**Wherefore** the pro se plaintiff demands judgment against defendant in the sum of **$25,000.00** dollars along with additional related travel and legal costs.

Respectfully submitted on this 1st day of May 2007 by:

*[signature]* Pro Se

**Alan Amron**

**Pro Se Plaintiff**          (516) 318-0231

**474 Fulton Avenue**

**Hempstead, New York 11550**

Legally served upon the **Defendant;**

**The United States Postal Service**

**c/o Express Mail section head Bob Moskowitz  (516) 933-2402**

**185 West John Street**

**Hicksville, New York 11802**

# EXHIBIT LIST

### Exhibit A

A true copy of the picture of the actual contents of the box, which was taken on 4/14/07 for the model maker, before shipping it that same day.

### Exhibit B

A true copy of the Express Mail Label #*EQ91 6118 98 US* dated 4/14/07

### Exhibit C

A true copy of the April 19th, 2007 tracking report from the postal services website showing my box was delivered to Essex Britain on 4/16/07

### Exhibit D:

A true copy of the April 22, 2007 letter from the postal service stating no further information is available on my package.

### Exhibit E:

A true copy of the April 29, 2007 post office tracking result, still showing the package delivered to Great Britain on 4/16/07.

**Exhibit A**

Use this gun to build new prototype.

This is the box everything here is in...

See this Spinning pen Crayon device, as an example for my paint spinner I want you to do soon..

This is just an example of the feel AND look of the Ratchet grip& gears feel

An example of a great water PUMP

Use this or this one for the Ratchet Grip

A Disney Gun as example of feel.

This is the  pump for you to use and take apart and see how we did it.

Only if needed, use this Double pump.

Exhibit B



**Exhibit C**

# YAHOO! MAIL                                                                           Print - Close Window

| | |
|---|---|
| Date: | Thu, 19 Apr 2007 21:03:03 -0500 (CDT) |
| To: | alanamron@yahoo.com |
| From: | "U.S._Postal_Service_" <U.S._Postal_Service@usps.com> |
| Subject: | USPS Shipment Info for EQ91 6118 982U S |

This is a post-only message. Please do not respond.

Current Track & Confirm e-mail information provided by the U.S. Postal Service.

Label Number: EQ91 6118 982U S

Service Type: Express Mail - Post Office to Addressee

```
Shipment Activity        Location                                     Date &
Time
-------------------------------------------------------------------------------
Arrived Abroad           GREAT BRITAIN
04/16/07   9:41pm

International Dispatch   KENNEDY AMC
04/15/07   6:10am

Enroute                  JAMAICA NY 11499
04/15/07   6:06am

Enroute                  MELVILLE NY 11747
04/14/07   3:56pm

Acceptance               HEMPSTEAD NY 11550
04/14/07   12:42pm
-------------------------------------------------------------------------------
```

USPS has not verified the validity of any email addresses submitted via its
online Track & Confirm tool.


For more information, or if you have additional questions on Track & Confirm
services and features, please visit the Frequently Asked Questions (FAQs)
section of our Track & Confirm site at
http://www.usps.com/shipping/trackandconfirmfaqs.htm



**UNITED STATES POSTAL SERVICE**

Home | Help | Sign In

Track & Confirm    FAQs

# Track & Confirm

**Search Results**

Label/Receipt Number: **EQ91 6118 982U S**
Status: **Arrived Abroad**

Your item arrived in GREAT BRITAIN at 9:41 PM on April 16, 2007. Information, if available, is updated every evening. Please check again later.

Additional Details >    Return to USPS.com Home >

**Track & Confirm**
Enter Label/Receipt Number.

Go >

**Notification Options**

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.   Go >

**Proof of Delivery**
Verify who signed for your item by email, fax, or mail.   Go >

POSTAL INSPECTORS   site map   contact us   government services   jobs   National & Premier Accounts
Preserving the Trust
Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy



http://trkcnfrm1.smi.usps.com/PTSInternetWeb/InterLabelInquiry.do    4/19/2007

**Exhibit D**


UNITED STATES
POSTAL SERVICE.

Date: 04/22/2007

Alan Amron:

In response to your request dated 04/19/2007, we regret to inform you that we were unable to locate any delivery information in our records regarding your item number EQ91 6118 982US.

If you require additional assistance, please take this receipt to your local Post Office or postal representative.

Sincerely,

United States Postal Service

**Exhibit E**

Case 2:07-cv-01793-SJF-AKT    Document 1    Filed 05/01/07    Page 16 of 16 PageID #: 16

04/29/2007 03:22 PM
Yahoo! Mail - alanamron@yahoo.com

# YAHOO! MAIL

Print - Close Window

| | |
|---|---|
| Date: | Sun, 29 Apr 2007 14:03:41 -0500 (CDT) |
| To: | alanamron@yahoo.com |
| From: | "U.S._Postal_Service_" <U.S._Postal_Service@usps.com> |
| Subject: | USPS Shipment Info for EQ91 6118 982U S |

This is a post-only message. Please do not respond.

Alan Amron has requested that you receive the current Track & Confirm information, as shown below.

Current Track & Confirm e-mail information provided by the U.S. Postal Service.

Label Number: EQ91 6118 982U S

Service Type: Express Mail - Post Office to Addressee

| Shipment Activity | Location | Date & Time |
|---|---|---|
| Arrived Abroad | GREAT BRITAIN | 04/16/07  9:41pm |
| International Dispatch | KENNEDY AMC | 04/15/07  6:10am |
| Enroute | JAMAICA NY 11499 | 04/15/07  6:06am |
| Enroute | MELVILLE NY 11747 | 04/14/07  3:56pm |
| Acceptance | HEMPSTEAD NY 11550 | 04/14/07  12:42pm |

USPS has not verified the validity of any email addresses submitted via its
online Track & Confirm tool.

For more information, or if you have additional questions on Track & Confirm
services and features, please visit the Frequently Asked Questions (FAQs)
section of our Track & Confirm site at
http://www.usps.com/shipping/trackandconfirmfaqs.htm